

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-16-00276-CV

ROBERT DAVENPORT AND JAYNE EDISON, Appellants

V.

DR. SAMUEL MAXWELL ADU-LARTEY AND ATHLETIC ORTHOPEDICS AND
KNEE CENTER, P.A. D/B/A AOK ORTHOPEDICS, Appellees

Appeal from the 189th District Court of Harris County.  (Tr. Ct. No. 2014-71784).

**TO THE 189TH DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 8th day of June 2017, the case upon appeal to revise or to
reverse your judgment was determined.  This Court made its order in these words:

> This case is an appeal from the final judgment signed
> by the trial court on March 4, 2016.  After submitting the case
> on the appellate record and the arguments properly raised by
> the parties, the Court holds that the trial court's judgment
> contains no reversible error.  Accordingly, the Court **affirms**
> the trial court's judgment.
>
> The Court **orders** that the appellants, Robert Davenport
> and Jayne Edison, jointly and severally, pay all appellate costs.
>
> The Court **orders** that this decision be certified below
> for observance.

Judgment rendered June 8, 2017.

Panel consists of Justices Bland, Massengale, and Lloyd. Opinion delivered by Justice Massengale.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

May 25, 2018

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

